## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: Hartford COVID-19 Business    )
Interruption Protection Insurance Litigation  )        MDL No. 2963

### <u>AMENDED PROOF OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that on August 25 and 26, 2020, I served the

foregoing Notice of Related Actions on the following parties via email or certified mail, return

receipt requested, as indicated.  I did not serve The Hartford, Hartford Insurance Companies, or

The Hartford Insurance Group, which have been named as defendants in one or more actions but

are not existing entities.

- *11012 Holdings v. Hartford Fire Ins. Co., et al.*, No. 1:20-cv-04471 (S.D.N.Y.)

  **Via email:**
  john@talentrights.law
  John Vincent Golaszewski
  Casas Law Firm, P.C.
  1740 Broadway
  Ste 15th Floor
  New York, NY 10019
  *Attorneys for 11012 Holdings, Inc.*

- *ABC Children's Dentistry, LLC v. The Hartford Insurance Company,* No. 1:20-cv-10044 (D.N.J.)

  **Via email:**
  jmorelli@jacobslawoffice.com
  John Morelli
  Jacobs Schwalbe & Petruzzelli PC
  Ten Melrose Avenue
  Suite 340
  Cherry Hill, NJ 08003
  *Attorneys for ABC Children's Dentistry, LLC*

- *Amini Brothers, LLC et al v. Cincinatti Insurance Company et al,* No. 1:20-cv-00687 (D.N.M.)

> **Via email:**
> cw@bdsfirm.com
> mcd@bdsfirm.com
> Cynthia L. Weisman
> Mark Dow
> Bauman & Dow, P.C.
> P.O. Box 30684
> Albuquerque, NM 87190
> *Attorneys for Amini Brothers, LLC, Amini Family, LLC,* and *Bella Jewelry, LLC*

> **Via email:**
> mlb@bdsfirm.com
> Mary Louise Boelcke
> Bauman Dow & Stambaugh P.C.
> 7309 Indian School Rd NE
> Albuquerque, NM 87110
> *Attorneys for Amini Brothers, LLC, Amini Family, LLC,* and *Bella Jewelry, LLC*

> **Via email:**
> andy.downs@bullivant.com
> Andrew B. Downs
> Bullivant Houser Bailey P.C.
> 101 Montgomery St.
> Suite 2600
> San Francisco, CA 94104
> *Attorneys for Cincinatti Insurance Company* and *Scott A. Lopez*

> **Via email:**
> jga@modrall.com
> mmuirhead@modrall.com
> Jennifer G. Anderson
> Megan Muirhead
> Modrall Sperling Roehl Harris & Sisk PA
> P.O. Box 2168
> Albuquerque, NM 87103
> *Attorneys for Cincinnati Insurance Company*

> **Via email:**
> velardo@litchfieldcavo.com
> Vincent J. Velardo
> Litchfield Cavo LLP
> 420 East South Temple
> Suite 510

Salt Lake City, UT 8411
*Attorneys for Cincinnati Insurance Company*

**Via email:**
mpclemens@btblaw.com
Michael Clemens
Butt Thornton & Baehr PC
P.O. Box 3170
Albuquerque, NM 87190
*Attorneys for Scott A. Lopez*

- *Arrowhead Health & Racquet Club, LLC et al v. Twin City Fire Insurance Company,* No. 1:20-cv-08968 (D.N.J.)

  **Via email:**
  mmccrink@mkmnjlaw.com
  Matthew R. McCrink
  McCrink, Nelson & Kehler
  475 Route 73 North
  West Berlin, NJ 08091
  *Attorneys for Arrowhead Health & Racquet Club, LLC* and *Mandalap Enterprises, LLC*

- *BA LAX, LLC et al v. Hartford Fire Insurance Company et al*, No. 2:20-cv-06344 (C.D. Cal.)

  **Via email:**
  esr@callahan-law.com
  rcung@callahan-law.com
  rcollins@callahan-law.com
  Edward Susolik
  Raphael D. Cung
  Richard T. Collins
  Callahan and Blaine APLC
  3 Hutton Centre Drive 9th Floor
  Santa Ana, CA 92707
  *Attorneys for BA LAX, LLC, Candleberry Properties, L.P., Sun Beverly, LLC, Sunstone Century, LLC, SVI Airport, LLC, SVI Healdsburg, LLC, SVI LAX, LLC, SVI 6344 Arizona, LLC*

- *Baked Daily Corporation d/b/a Panificio v. The Hartford Financial Services Group, Inc. et al,* No. 1:20-cv-11385 (D. Mass.)

  **Via email:**
  astewart@shulaw.com
  ehaber@shulaw.com

3

mblauner@shulaw.com
Adam M. Stewart
Edward F. Haber
Michelle H. Blauner
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane, 6th Flr.
Boston, MA 02210
*Attorneys for Baked Daily Corporation d/b/a Panificio*

- *Barroso, Inc. v. Twin City Fire Insurance Company et al.*, No. 1:20-cv-00632 (E.D. Va.)

   **Via email:**
   clafon@theveritaslawfirm.com
   Christopher Larry LaFon
   The Veritas Law Firm
   1225 19th Street NW
   Suite 320
   Washington, DC 20036
   *Attorneys for Barroso, Inc.*

   Commonwealth of Virginia
   c/o Mark R. Herring, Esq.
   Attorneys General's Office
   202 North Ninth Street
   Richmond, VA 23219

- *Cali Fresh, LLC v. The Hartford Financial Services Group, Inc. et al,* No. 1:20-cv-00522 (M.D.N.C.)

   **Via email:**
   dan@whitfieldbryson.com
   pat@whitfieldbryson.com
   scott@whitfieldbryson.com
   Daniel Kent Bryson
   Patrick M. Wallace
   Scott C. Harris
   Whitfield Bryson & Mason, LLP
   900 West Morgan Street
   Raleigh, NC 27603
   *Attorneys for Cali Fresh, LLC*

- *Cedar Run Orthodontics, P.A. v. Hartford Financial Services Group, Inc. et al,* No. 1:20-cv-08156 (D.N.J.)

   **Via email:**

4

gspizer@anapolweiss.com
rhurd@anapolweiss.com
Gregory S. Spizer
Ryan D. Hurd
Anapol Weiss
One Logan Square
130 North 18th Street
Suite 1600
Philadelphia, PA 19103
*Attorneys for Cedar Run Orthodontics, P.A.*

- *CFIT Holding Corporation v. Twin City Fire Insurance Company,* No. 1:20-cv-03453 (N.D. Ill.)

   **Via email:**
   gudell@bupdlaw.com
   ssmith@bupdlaw.com
   Glenn L. Udell
   Shelley Smith
   Brown, Udell, Pomerantz & Delrahim, Ltd.
   225 W. Illinois Street
   Suite 300
   Chicago, IL 60654
   *Attorneys for CFIT Holding Corporation*

- *Colgan v. Sentinel Insurance Company, Ltd.,* No. 4:20-cv-04780 (C.D. Cal.)

   **Via email:**
   gkornblum@kornblumlaw.com
   Guy Orville Kornblum
   Guy O. Kornblum, PLC
   1388 Sutter Street, Suite 805
   San Francisco, CA 94109
   *Attorneys for James Colgan d/b/a James Colgan Union Square and James Colgan Potrero Hill*

   **Via email:**
   mukesh@advanilaw.net
   Mukesh Advani
   Law Offices of Mukesh Advani
   111 Deerwood Road
   Ste 200
   San Ramon, CA 94583
   *Attorneys for James Colgan d/b/a James Colgan Union Square and James Colgan Potrero Hill*

**Via email:**
yoavsimchoni@quinnemanuel.com
Yoav Simchoni
Quinn Emanuel
50 California St
22 Fl
San Francisco, CA 94111
*Attorneys for James Colgan d/b/a James Colgan Union Square and James Colgan Potrero Hill*

- *Dang et al v. Hartford Lloyds Insurance Company,* No. 4:20-cv-02326 (S.D. Tx.)

  **Via email:**
  jennifer@lalawtx.com
  nejat@lalawtx.com
  Jennifer Beth LeMaster
  Nejat Abubeker Ahmed
  LeMaster Ahmed PLLC
  8777 W Rayford R
  Ste 200 PMB 303
  The Woodlands, TX 77389
  *Attorneys for Linh T. Dang and Springwoods Neurology, PA*

  **Via email:**
  mccarley@fnlawfirm.com
  mn@fnlawfirm.com
  asaucer@fnlawfirm.com
  Matthew R. McCarley
  Nabil Majed Nachawati, II
  S Ann Saucer
  Fears Nachawati
  5473 Blair Road
  Dallas, TX 75231
  *Attorneys for Linh T. Dang and Springwoods Neurology, PA*

- *Digital Age Marketing Group, Inc. v. Sentinel Insurance Company,* No. 0:20-cv-61577 (S.D. Fl.)

  **Via email:**
  bws@smithvanture.com
  Brian William Smith
  Smith & Vanture, LLP
  580 Village Blvd. Suite 200
  West Palm Beach, FL 33409

*Attorneys for Digital Age Marketing Group, Inc.*

**Via email:**
ljh@heilbrunnlaw.com
Lloyd Justin Heilbrunn
Law Office of Lloyd J. Heilbrunn
14255 U.S. Highway One
Suite 280
Juno Beach, FL 33408
*Attorneys for Digital Age Marketing Group, Inc.*

- *DM Restaurant Ventures I, LLC v. Twin City Fire Insurance Company, et al,* No. 2:20-cv-08627 (D.N.J.)

  **Via email:**
  jscura@scuramealey.com
  John J. Scura, III
  Scura Mealey Scura & Stack
  1599 Hamburg Turnpike
  Wayne, NJ 07470
  *Attorneys for DM Restaurant Ventures I, LLC d/b/a The Fox and Falcon*

- *EMM Group Holdings, LLC v. Hartford Fire Insurance Co.,* No. 2:20-cv-06139 (C.D. Cal.)

  **Via email:**
  rs@glaserweil.com
  asuarez@glaserweil.com
  pglaser@glaserweil.com
  sriley@glaserweil.com
  Robert Leslie Shapiro
  Alexander J. Suarez
  Patricia Glaser
  Sean Riley
  Glaser Weil LLP
  10250 Constellation Boulevard 19th Floor
  Los Angeles, CA 90067
  *Attorneys for EMM Group Holdings, LLC*

  **Via email:**
  nmh@johnstonhutchinson.com
  tjj@johnstonhutchinson.com
  Nicholas M. Hutchinson
  Thomas J. Johnston
  Johnston and Hutchinson LLP
  350 South Grand Avenue Suite 2220
  Los Angeles, CA 90071

*Attorneys for EMM Group Holdings, LLC*

**Via email:**
april@ammonslaw.com
April A. Strahan
The Ammons Law Firm LLP
3700 Montrose Boulevard
Houston, TX 77006
*Attorneys for EMM Group Holdings, LLC*

- *Firenze Ventures LLC v. Twin City Fire Insurance Company*, No. 1:20-cv-04225 (N.D. Ill.)

  **Via email:**
  courtecl@edcombs.com
  blesser@edcombs.com
  ccombs@edcombs.com
  jclark@edcombs.com
  Daniel A. Edelman
  Bryan G. Lesser
  Cathleen M. Combs
  Dulijaza Clark
  Edelman, Combs, Latturner & Goodwin, LLC
  20 South Clark Street
  Suite 1500
  Chicago, IL 60603
  *Attorneys for Firenze Ventures LLC*

  **Via email:**
  pwartan@taftlaw.com
  wwagner@taftlaw.com
  Patrick Neil Wartan
  William Charles Wagner
  Taft Stettinius & Hollister LLP
  One Indiana Square
  Suite 3500
  Indianapolis, IN 46204
  *Attorneys for Firenze Ventures LLC*

- *Founder Institute Incorporated v. Hartford Fire Insurance Company et al*, No. 3:20-cv-04466 (N.D. Cal.)

  **Via email:**
  ssingh@sanjivnsingh.com
  Professional Law Corporation
  21 Columbus Avenue

Suite 205
San Francisco, CA 94111
*Attorneys for Founder Institute Incorporated*

**Via email:**
michael@indrajana.com
Michael Budi Indrajana
Indrajana Law Group, A Professional Law Corp.
1650 S. Amphlett Blvd.
Suite 220
San Mateo, CA 94402
*Attorneys for Founder Institute Incorporated*

- *Franklin EWC, Inc. et al v. The Hartford Financial Services Group, Inc. et al*, No. 3:20-cv-04434 (N.D. Cal.)

  **Via email:**
  nnishimura@cpmlegal.com
  akirtley@cpmlegal.com
  athepot@cpmlegal.com
  bdanitz@cpmlegal.com
  jdallal@cpmlegal.com
  Nanci Eiko Nishimura
  Andrew F. Kirtley
  Anya N. Thepot
  Brian Danitz
  James Gerard Beebe Dallal
  Cotchett Pitre & McCarthy, LLP
  840 Malcolm Road, Suite 200
  Burlingame, CA 94010
  *Attorneys for Franklin EWC, Inc. and Kathy Franklin*

- *French Laundry Partners, LP d/b/a The French Laundry et al v. Hartford Fire Insurance Company et al,* No. 3:20-cv-04540 (N.D. Cal.)

  **Via email:**
  sgerien@dpf-law.com
  pcarey@dpf-law.com
  J. Scott Gerien
  Paul G. Carey
  Dickenson Peatman & Fogarty
  1455 First Street, Suite 301
  Napa, CA 94559
  *Attorneys for French Laundry Partners, LP d/b/a The French Laundry, KRM, Inc. d/b/a Thomas Keller Restaurant, Yountville Food Emporium, LLC d/b/a Bouchon Bistro*

**Via email:**
vperdue@mccormaclaw.com
Valorie R. Perdue
McCormac & Associates
2858 Diamond Street
San Francisco, CA 94131
*Attorneys for French Laundry Partners, LP d/b/a The French Laundry, KRM, Inc.*
*d/b/a Thomas Keller Restaurant, Yountville Food Emporium, LLC d/b/a Bouchon*
*Bistro*

**Via email:**
dmatthews@thematthewslawfirm.com
David P. Matthews
Matthews and Associates
2905 Sackett Street
Houston, TX 77098
*Attorneys for French Laundry Partners, LP d/b/a The French Laundry, KRM, Inc.*
*d/b/a Thomas Keller Restaurant, Yountville Food Emporium, LLC d/b/a Bouchon*
*Bistro*

**Via email:**
jennifer@gmhatlaw.com
john@gmhatlaw.com
Jennifer Perez
John William Houghtaling, II
Gauthier Murphy and Houghtaling
3500 North Hullen Street
Metairie, LA 70002
*Attorneys for French Laundry Partners, LP d/b/a The French Laundry, KRM, Inc.*
*d/b/a Thomas Keller Restaurant, Yountville Food Emporium, LLC d/b/a Bouchon*
*Bistro*

**Via email:**
jason.dooley@countyofnapa.org
Jason Michael Dooley
Deputy County Counsel
1195 Third Street
Suite 301
Napa, CA 94559
*Attorneys for Karen Relucio*

- *Gabriella's LLC et al v. The Hartford Insurance Group et al,* No. 3:20-cv-07799 (D.N.J.)

**Via email:**
mdicicco@briellelaw.com
mdicicco@maggslawnj.com

James A. Maggs
Michael M. DiCicco
Maggs & McDermott, LLC
3349 Highway 138 Building C, Suite D
Wall, NJ 07719
*Attorneys for Gabriella's LLC, Patricia's of Holmdel, LLC, and OEK NJ LLC*
*d/b/a Over Easy Kitchen*

**Via email:**
sdeluca@maggslawnj.com
Stephanie L. DeLuca
Maggs & McDermott, LLC
3349 Highway 138 Building C, Suite D
Wall, NJ 07719
*Attorneys for Gabriella's LLC, Patricia's of Holmdel, LLC, OEK NJ LLC d/b/a*
*Over Easy Kitchen, and Over Easy LLC d/b/a Over Easy Kichen*

- *Good Times Barbershop et al v. The Hartford Financial Services Group, Inc. et al,* No. 3:20-cv-01403 (S.D. Cal.)

  **Via email:**
  ambere@haelaw.com
  Amber Lee Eck
  Haeggquist & Eck, LLP
  225 Broadway, Suite 2050
  San Diego, CA 92101
  *Attorneys for Good Times Barbershop and Ravive Health and Vitality, LLC*

- *Gregory DeFelice DMD, LLC v. Hartford Financial Services Group, Inc. et al,* No. 1:20-cv-08158 (D.N.J.)

  **Via email:**
  gspizer@anapolweiss.com
  rhurd@anapolweiss.com
  Gregory S. Spizer
  Ryan D. Hurd
  Anapol Weiss
  One Logan Square
  130 North 18th Street
  Suite 1600
  Philadelphia, PA 19103
  *Attorneys for Gregory DeFelice DMD, LLC*

- *Hair Perfect International, Inc. v. Sentinel Insurance Company, Limited*, No. 2:20-cv-03729 (C.D. Cal.)

11

**Via email:**
nmh@johnstonhutchinson.com
tjj@johnstonhutchinson.com
Nicholas M. Hutchinson
Thomas J. Johnston
Johnston and Hutchinson LLP
350 South Grand Avenue Suite 2220
Los Angeles, CA 90071
*Attorneys for Hair Perfect International, Inc.*

**Via email:**
jshin@kneafseyfirm.com
kdreibholz@kneafseyfirm.com
skneafsey@kneafseyfirm.com
Jonathan Shin
Kurt A. Dreibholz
Sean M. Kneafsey
The Kneafsey Firm
800 Wilshire Boulevard Suite 710
Los Angeles, CA 90017
*Attorneys for Hair Perfect International, Inc.*

**Via email:**
miriah@ammonslaw.com
patrick.luff@ammonslaw.com
Miriah A. Soliz
Patrick A. Luff
The Ammons Law Firm LLP
3700 Montrose Boulevard
Houston, TX 77006
*Attorneys for Hair Perfect International, Inc.*

**Via email:**
rs@glaserweil.com
Robert Leslie Shapiro
The Law Offices of Robert L. Shapiro
10250 Constellation Boulevard 19th Floor
Los Angeles, CA 90067
*Attorneys for Hair Perfect International, Inc.*

- *Hais, Hais, and Golberger, P.C.*, No. 4:20-cv-00919 (E.D. Mo.)

  **Via email:**
  dsmm001@aol.com
  Alan S. Mandel
  Mandel and Mandel LLP
  1010 Market Street

Suite 850
St. Louis, MO 63101
*Attorneys for Hais, Hais, and Goldberger, P.C.*

- *Hamilton Jewelry LLC v. Twin City Fire Insurance Company et al.*, No. 8:20-cv-02248 (D. Md.)

  **Via email:**
  cllafon@gmail.com
  Christopher Larry LaFon
  The Veritas Law Firm
  1225 19th Street NW
  Suite 320
  Washington, DC 20036
  *Attorneys for Hamilton Jewelry LLC d/b/a CF Brandt Jewelers & Jewelry Place By The Bay*

  State of Maryland
  c/o Brian E. Frosh, Esq.
  Attorneys General for the State of Maryland
  200 St. Paul Place
  Baltimore, MD 21202

- *Harvest Hospitalities, Inc. et al v. The Hartford Financial Services Group, Inc. et al*, No. 3:20-cv-10171 (D.N.J.)

  **Via email:**
  dms@shafkowitzlaw.com
  David M. Shafkowitz
  Law Offices of David M. Shafkowitz
  16 Sunset Avenue
  Chalfont, PA 18914
  *Attorneys for Harvest Hospitalities, Inc., Harvest 2017, Inc., Harvest 2051, Inc., and Harvest 2085, Inc.*

- *J & H Lanmark, Inc. v. Twin City Fire Insurance Company et al*, No. 5:20-cv-00333 (E.D. Ky.)

  **Via email:**
  jpeterson@goldenlawoffice.com
  kcollins@goldenlawoffice.com
  Justin Peterson
  Kellie Marie Collins
  Golden Law Office, PLLC
  771 Corporate Drive
  Suite 800

Lexington, KY 40503
*Attorneys for J & H Lanmark, Inc.*

**Via email:**
latasha.buckner@ky.gov
laurac.tipton@ky.gov
La Tasha Buckner
Laura Crittenden Tipton
Office of the Governor KY
General Counsel
700 Capitol Avenue
Suite 106
Frankfort, KY 40601
*Attorneys for Hon. Andy Beshear*

**Via email:**
jacob.walbourn@ky.gov
Kentucky Department of Public Advocacy - 218
500 Mero Street
218NC
Frankfort, KY 40601
*Attorneys for Hon. Andy Beshear*

- *J Bells LLC v. Sentinel Insurance Company Limited,* No. 3:20-cv-05820 (W.D. Wash.)

  **Via email:**
  shannon@theloydlawfirm.com
  Shannon E. Loyd
  The Loyd Law Firm PLLC
  12703 Spectrum Dr Ste 201
  San Antonio, TX 78249
  *Attorneys for J Bells LLC d/b/a Bishops Cuts and Colors*

  **Via email:**
  lance@lanceloyd.com
  Lance Loyd
  Lance Loyd Attorneys At Law
  PO Box 77
  Fox Island, WA 98333
  *Attorneys for J Bells LLC d/b/a Bishops Cuts and Colors*

- *Jeffrey Dressel v. Hartford Insurance Company of the Midwest, Inc.*, No. 1:20-cv-02777 (E.D.N.Y.)

  **Via email:**
  wpinilis@consumerfraudlawyer.com
  PinilisHalpern, LLP

14

160 Morris St
Morristown, NJ 07960
*Attorneys for Jeffrey M. Dressel, D.D.S., P.C. d/b/a South Brooklyn Dentist*

**Via email:**
john@talentrights.law
John Vincent Golaszewski
Casas Law Firm, P.C.
1740 Broadway
Ste 15th Floor
New York, NY 10019
*Attorneys for Jeffrey M. Dressel, D.D.S., P.C. d/b/a South Brooklyn Dentist*

- *John's Grill, Inc. et al v. The Hartford Financial Services Group, Inc. et al*, No. 3:20-cv-03610-RS (N.D. Cal.)

  **Via email:**
  nnishimura@cpmlegal.com
  akirtley@cpmlegal.com
  athepot@cpmlegal.com
  bdanitz@cpmlegal.com
  Nanci Eiko Nishimura
  Andrew F. Kirtley
  Anya N. Thepot
  Brian Danitz
  Cotchett Pitre & McCarthy, LLP
  840 Malcolm Road, Suite 200
  Burlingame, CA 94010
  *Attorneys for John's Grill, Inc. and John Konstin*

  Norbay Insurance Services, Inc.
  c/o Luz Elena Melgoza
  1728 Noriega Street
  San Francisco, CA 94122

- *Just Your Style Salon, LLC v. The Hartford Financial Services Group, Inc. et al v. The Hartford Financial Services Group, Inc et al*, No. 3:20-cv-09681 (D.N.J.)

  **Via email:**
  mdeem@rcshea.com
  Michael J. Deem
  R.C. Shea & Associates PC
  244 Main Street
  P.O. Box 2627
  Toms River, NJ 08754
  *Attorneys for Just Your Style Salon, LLC*

- *Kevin Barry Fine Art Associates v. Sentinel Insurance Company, Limited,* No. 3:20-cv-04783 (N.D. Cal.)

    **Via email:**
    aberlin@hansonbridgett.com
    sherman@hansonbridgett.com
    Alexander J. Berline
    Sean Griffin Herman
    Hanson Bridgett LLP
    425 Market Street. 26th Floor
    San Francisco, CA 94105
    *Attorneys for Kevin Barry Fine Art Associates*

- *Kole v. Hartford Financial Services Group et al,* No: 2:20-cv-03486 (E.D. Pa.)

    **Via email:**
    gspizer@anapolweiss.com
    rhurd@anapolweiss.com
    Gregory S. Spizer
    Ryan D. Hurd
    Anapol Weiss
    One Logan Square
    130 North 18th Street
    Suite 1600
    Philadelphia, PA 19103
    *Attorneys for Dr. Edward S. Kole*

- *La Issy, Inc. v. Hartford Casualty Insurance Company,* No: 8:20-cv-01878 (M.D. Fl.)

    **Via email:**
    rhaynes@ligorilaw.com
    Ronald Scott Haynes
    Christopher Ligori & Associates
    117 S. Willow Ave.
    Tampa, FL 33606
    *Attorneys for La Issy, Inc.*

    **Via email:**
    jim@lucasmagazine.com
    James Lawrence Magazine
    Lucas Magazine, PLLC
    8606 Government Dr.
    New Port Richey, FL 34654
    *Attorneys for La Issy, Inc.*

- *Lasky Clinic Surgical Ctr., Inc. v. Sentinel Insurance Company*, No. 2:20-cv-06949 (C.D. Cal.)

> **Via email:**
> gbentley@bentleymore.com
> mclark@bentleymore.com
> Gregory L. Bentley
> Matthew William Clark
> Bentley and More LLP
> 4931 Birch Street
> Newport Beach, CA 92660
> *Attorneys for Lasky Clinic Surgical Center, Inc. and Andrew S. Frankel, M.D., FACS*
>
> USI Insurance Services LLC dba USI California Insurance Services LLC
> c/o CT Corporation System
> 818 West Seventh Street, Suite 930
> Los Angeles, CA 90017

- *Leal, Inc. v. Hartford Financial Services Group, Inc. et al,* No. 3:20-cv-00917 (D. Conn.)

> **Via email:**
> mkindall@ikrlaw.com
> dneedham@ikrlaw.com
> Mark P. Kindall
> Douglas Patrick Needham
> Izard, Kindall & Raabe, LLP
> 29 South Main St., Suite 305
> West Hartford, CT 06107
> *Attorneys for Leal, Inc.*
>
> **Via email:**
> ekilpela@carlsonlynch.com
> glynch@carlsonlynch.com
> kiverson@carlsonlynch.com
> Edwin John Kilpela, Jr.
> Gary F. Lynch
> Kelly Iverson
> Carlson Lynch, LLP
> 1133 Penn Avenue, 5th Floor
> Pittsburgh, PA 15222
> *Attorneys for Leal, Inc.*

- *Mostre Exhibits, LLC v. Sentinel Insurance Company, Limited,* No. 3:20-cv-01332 (S.D. Cal.)

**Via email:**
cslimandri@limandri.com
Charles S. LiMandri
LiMandri & Jonna LLP
PO Box 9120
Rancho Santa Fe, CA 92067
*Attorneys for Mostre Exhibits, LLC*

- *Raymond H Nahmad DDS PA RH Nahmad Equities LLC v. Hartford Casualty Insurance Company,* No. 1:20-cv-22833 (S.D. Fl.)

    **Via email:**
    danny@propertypeoplelaw.com
    Daniel Moshe Ilani
    The Property People FL PA
    45 SW 9th St
    Apt 1808
    Miami, FL 33130
    *Attorneys for Raymond H Nahmad DDS PA RH Nahmad Equities LLC*

    **Via email:**
    daniel@salomonsmith.com
    Daniel Salomon Smith
    Lydecker Diaz
    1221 Brickell Avenue
    Miami, FL 33131
    *Attorneys for Raymond H Nahmad DDS PA RH Nahmad Equities LLC*

    **Via email:**
    nicole@propertypeoplelaw.com
    Nicole Sarah Houman
    117 NE 1st Ave
    Unit 15-104
    Miami, FL 33130
    *Attorneys for Raymond H Nahmad DDS PA RH Nahmad Equities LLC*

- *Natty Greene's Brewing Company, LLC et al v. Traveler's Casualty Insurance Company of America et al,* No. 1:20-cv-00437 (M.D.N.C.)

    **Via email:**
    dbrown@bbflaw.com
    jeff@greensborolawcenter.com
    Andrew H. R. Brown

Jeffrey K. Peraldo
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Ste. 200
Greensboro, NC 27401
*Attorneys for Natty Greene's Brewing Company, LLC, Natty Greene's Downtown, LLC, EJE, Inc. d/b/a Café Pasta, Natty Greene's Creekside, LLC d/b/a KAU, Jake's Diner of Wendover, Inc. d/b/a Jake's Diner, DAAB, Inc. d/b/a Jake's Diner, Jake's of Drawbridge, Inc. d/b/a Jake's Diner, Jake's of Battleground, LLC d/b/a Jake's Diner, Rio Grande #14, Inc. d/b/a Rio Grande Mexican Kitchen, Rios, Inc. d/b/a Rio Grande Mexican Kitchen, Rio Grande Friendly, nc. d/b/a Rio Grande Mexican Kitchen*

**Via email:**
ann@jglawnc.com
Ann E. Groninger
Copeley Johnson & Groninger, PLLC
225 E. Worthington Ave., Ste. 110
Charlotte, NC 28203
*Attorneys for Natty Greene's Brewing Company, LLC, Natty Greene's Downtown, LLC, EJE, Inc. d/b/a Café Pasta, Natty Greene's Creekside, LLC d/b/a KAU, Jake's Diner of Wendover, Inc. d/b/a Jake's Diner, DAAB, Inc. d/b/a Jake's Diner, Jake's of Drawbridge, Inc. d/b/a Jake's Diner, Jake's of Battleground, LLC d/b/a Jake's Diner, Rio Grande #14, Inc. d/b/a Rio Grande Mexican Kitchen, Rios, Inc. d/b/a Rio Grande Mexican Kitchen, Rio Grande Friendly, nc. d/b/a Rio Grande Mexican Kitchen*

**Via email:**
cedwards@edwardskirby.com
Catharine E. Edwards
Edwards Kirby, LLP
3201 Glenwood Avenue, Suite 100
Raleigh, NC 27612
*Attorneys for Natty Greene's Brewing Company, LLC, Natty Greene's Downtown, LLC, EJE, Inc. d/b/a Café Pasta, Natty Greene's Creekside, LLC d/b/a KAU, Jake's Diner of Wendover, Inc. d/b/a Jake's Diner, DAAB, Inc. d/b/a Jake's Diner, Jake's of Drawbridge, Inc. d/b/a Jake's Diner, Jake's of Battleground, LLC d/b/a Jake's Diner, Rio Grande #14, Inc. d/b/a Rio Grande Mexican Kitchen, Rios, Inc. d/b/a Rio Grande Mexican Kitchen, Rio Grande Friendly, nc. d/b/a Rio Grande Mexican Kitchen*

**Via email:**
gvarga@rc.com
sroman@rc.com
Gregory P. Varga
Stephani A. Roman
Robinson & Cole LLP

280 Trumbull Street
Hartford, CT 06103
*Attorneys for Traveler's Casualty Insurance Company of America*

**Via email:**
cal.adams@wbd-us.com
jamie.dean@wbd-us.com
Reid Calwell Adams, Jr.
James A. Dean
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
*Attorneys for Traveler's Casualty Insurance Company of America*

**Via email:**
andrew.flynt@youngmoorelaw.com
matt.gray@youngmoorelaw.com
Andrew P. Flynt
Matthew J. Gray
Young Moore and Henderson, P.A.
POB 31627
Raleigh, NC 27622
*Attorneys for Frankenmuth Mutual Insurance Company*

**Via email:**
afleischer@batescarey.com
dbuishas@batescarey.com
eallen@batescarey.com
Adam H. Fleischer
David J. Buishas
Elise D. Allen
Bates & Carey LLP
191 N. Wacker Dr., Ste. 2400
Chicago, IL 60606
*Attorneys for State Automobile Mutual Insurance Company and Republic-Franklin Insurance Company*

**Via email:**
gray.wilson@nelsonmullins.com
Grover Gray Wilson
Nelson Mullins Riley & Scarborough LLP
380 Knollwood Street
Suite 580
Winston-Salem, NC 27103

*Attorneys for State Automobile Mutual Insurance Company and Republic-Franklin Insurance Company*

**Via email:**
pkshere@huffpowellbailey.com
Pankaj K. Shere
Huff Powell & Bailey, PLLC
3737 Glenwood Ave., Suite 370
Raleigh, NC 27612
*Attorneys for Republic-Franklin Insurance Company*

- *Nicholas Addiego Endodontist DMD LLC v. Hartford Financial Services Group, Inc. et al,* No. 3:20-cv-05932 (D.N.J.)

  **Via email:**
  gspizer@anapolweiss.com
  rhurd@anapolweiss.com
  Gregory S. Spizer
  Ryan D. Hurd
  Anapol Weiss
  One Logan Square
  130 North 18th Street
  Suite 1600
  Philadelphia, PA 19103
  *Attorneys for Nicholas Addiego Endodontist DMD LLC*

- *Oaklandish, LLC v. Sentinel Insurance Company Ltd.,* No. 4:20-cv-04856 (N.D. Cal.)

  **Via email:**
  ehg@classlawgroup.com
  amz@classlawgroup.com
  amm@classlawgroup.com
  kbm@classlawgroup.com
  mls@classlawgroup.com
  Eric H. Gibbs
  Amy Marie Zeman
  Andre M. Mura
  Karen Barth Menzies
  Michael Lawrence Schrag
  Gibbs Law Group LLP
  505 14th Street, Suite 1110
  Oakland, CA 94612
  *Attorneys for Oaklandish, LLC*

  **Via email:**
  sal@classlawgroup.com

Steven Augustine Lopez
Girard Gibbs LLP
505 14th Street, Suite 1110
Oakland, CA 94612
*Attorneys for Oaklandish, LLC*

- *Park Avenue Oral and Facial Surgery, P.C. v. The Hartford Financial Services Group et al,* No: 1:20-cv-05407 (S.D.N.Y.)

  **Via email:**
  cvandekieft@ghvlaw.com
  Christopher Matthew Van de Kieft
  Gitlin, Horn and Van De Kieft LLP
  2095 Broadway, Suite 407
  New York, NY 10023
  *Attorneys for Park Avenue Oral and Facial Surgery, P.C.*

- *Preferred Dental Center PC v. Twin City Fire Insurance Company*, No. 5:20-cv-00837 (W.D. Tx.)

  **Via email:**
  shannon@theloydlawfirm.com
  Shannon E. Loyd
  The Loyd Law Firm PLLC
  12703 Spectrum Dr Ste 201
  San Antonio, TX 78249
  *Attorneys for Preferred Dental Center PC*

  Eric Randall Franklin
  3600 Wiseman Blvd.
  San Antonio, TX 78251-4323

- *Rhonda Wilson et al v. The Hartford et al,* No: 2:20-cv-03384 (E.D. Pa.)

  **Via email:**
  rhwilson@philly-attorney.com
  Rhonda Hill Wilson
  Law Office of Rhonda Hill Wilson, P.C.
  1500 John F. Kennedy Blvd.
  Two Penn Center, Suite 820
  Philadelphia, PA 19102
  *Attorneys for Rhonda Hill Wilson and The Law Office of Rhonda Hill Wilson, P.C.*

  **Via email:**
  liesec@whiteandwilliams.com

penchanskym@whiteandwilliams.com
Christopher P. Leise
Marc Penchansky
White & Williams LLP
1800 One Liberty PL
1650 Market Street
Philadelphia, PA 19103
*Attorneys for USI Insurance Services, LLC*

- *Roy Johnson et al v. The Hartford Financial Services Group, Inc. et al,* No. 1:20-cv-02000 (N.D. Ga.)

    **Via email:**
    bevis@barneslawgroup.com
    meliski@barneslawgroup.com
    John Raymond Bevis
    Mark Davis Meliski
    The Barnes Law Group, LLC
    31 Atlanta Street
    Marietta, GA 30060
    *Attorneys for Roy H. Johnson, DDS and Windy Hill Dentistry, LLC*

    **Via email:**
    roy@barneslawgroup.com
    Roy E. Barnes
    The Barnes Law Group, LLC
    31 Atlanta Street
    Marietta, GA 30060
    *Attorneys for Roy H. Johnson, DDS, Windy Hill Dentistry, LLC, and DDS P.C. D. Casey Hart*

- *Salon Dare, Inc. v. Sentinel Insurance Company, Ltd et al,* No. 3:20-cv-09616 (D.N.J.)

    **Via email:**
    Mark.gabriel@lyonspc.com
    Mark Thomas Gabriel
    Lyone & Associates PC
    76 East Main Street
    2nd Floor
    Somerville, NJ 08876
    *Attorneys for Salon Dare, Inc.*

- *Seattle Gymnastics Academy Inc v. Sentinel Insurance Company Ltd,* No. 2:20-cv-00884 (W.D. Wash.)

    **Via email:**
    carolyn.mount@millernash.com

tristan.swanson@millernash.com
Carolyn A. Mount
Tristan Noel Swanson
Miller Nash Graham & Dunn LLP (SEA)
2801 Alaskan Way
Ste 300 Pier 70
Seattle, WA 98121
*Attorneys for Seattle Gymnastics Academy Inc.*

**Via email:**
seth.row@millernash.com
Seth H. Row
Miller Nash Graham & Dunn LLP (Portland)
111 SW 5th Ave
3400 U.S. Bancorp Tower
Portland, OR 97204
*Attorneys for Seattle Gymnastics Academy Inc.*

- *Taq Willow Grove, LLC v. Twin City Fire Insurance Company et al,* No. 2:20-cv-03863 (E.D. Pa.)

    **Via email:**
    anechemia@mwm-law.com
    rwilliams@mwm-law.com
    Ashley Soble Nechemia
    Robert W. Williams
    Mattleman, Weinroth & Miller, P.C.
    401 Route 70 E, Suite 100
    Cherry Hill, NJ 08034
    *Attorneys for Taq Willow Grove, Inc.*

- *The Kirkland Group, Inc. v. Sentinel Insurance Group Ltd.,* No. 3:20-cv-00496 (S.D. Miss.)

    **Via email:**
    tbullock@thesandersfirm.com
    Tina M. Bullock
    Sanders Phillips Grossman Bullock, PLLC
    3060 Peachtree Road, NW, Suite 1150
    Atlanta, GA 30305
    *Attorneys for The Kirkland Group*

- *Tony Williams Dance Center LLC v. Hartford Fire Insurance Company*, No. 1:20-cv-11312 (D. Mass.)

**Via email:**
skarpel@zeklawfirm.com
Samuel Karpel
Zilberberg Einhorn Karpel, P.C.
66 Split Rock Road
Syosset, NY 11791
*Attorneys for Tony Williams Dance Center LLC*

Respectfully submitted,

/s/ Sarah D. Gordon_____
Sarah D. Gordon
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8005
sgordon@steptoe.com

*Counsel for The Hartford Financial Services Group, Inc., Hartford Fire Insurance Company, Sentinel Insurance Company, Ltd., Hartford Casualty Insurance Company, Hartford Underwriters Insurance Company, Twin City Fire Insurance Company, Trumbull Insurance Company, Property & Casualty Insurance Company of Hartford, Pacific Insurance Company, Ltd., New England Insurance Company, New England Reinsurance Corporation, Hartford Insurance Company of Illinois, Hartford Accident & Indemnity Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, and Hartford Lloyd's Insurance Company*